# EXHIBIT A



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

Main: 240-777-9400

To: CAPITAL ONE FINANCIAL CORPORATION
100 SHOCKOE SLIP
2ND FLR
RICHMOND VA 23219

Case Number: C-15-CV-24-000167
Other Reference Number(s):

**HEATHER GUNN VS. CAPITAL ONE FINANCIAL CORPORATION**

Issue Date: 1/10/2024

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a <u>written</u> response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Gunn, Heather
110 Harmony Hall Rd
GAITHERSBURG, MD 20877

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

*Karen A. Bushell*
Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).



# MONTGOMERY COUNTY, MD
# Circuit Court

**HEATHER GUNN**
110 Harmony Hall Rd
Gaithersburg, MD 20877

Case No. C-15-CV-24-000167

    Plaintiff,

v.

**Capital One Financial Corporation**
**Serve:** Corporation Service Company
      100 Shockoe Slip, 2nd Flr
      Richmond, Virginia 23219

    Defendant.

## COMPLAINT AND JURY DEMAND

The Plaintiff, Heather Gunn, sues the Defendant and in support of his suit she alleges:

## PRELIMINARY STATEMENT

1. The Defendant has defamed Plaintiff and violated the Fair Credit Reporting Act.

## PARTIES TO ACTION

2. Plaintiff is a natural person residing in the state of Maryland.

3. Capital One Financial Corporation ("Capital One"), is headquartered in Virginia and one of the largest banks in the United States, offers checking accounts, credit and debit cards, loans, insurance, payment protection, phone banking, bill pay, lending, and online banking services.

## FACTUAL ALLEGATIONS

4. Plaintiff obtained a credit card from Capital One in August 2015.

5. In 2020, Ms. Gunn fell behind on her payments.

6. Capital One charged off the account in 2021.

7. In 2022, Ms. Gunn and Capital One entered into a payment arrangement.

8. Pursuant to the payment arrangement, Ms. Gunn is making monthly payments.

1



# MONTGOMERY COUNTY, MD
# Circuit Court

9. Capital One is reporting the credit card account to the credit reporting agencies.

10. Capital One is reporting the current payment status of the account as charged off.

11. Capital One is reporting in the payment history section of the reports that the account has not received any payments since the charge off.

12. Capital One is not reporting Ms. Gunn's payments in several other fields of the report—including the monthly payment field, last payment field or actual amount paid field, etc.—that should reflect Ms. Gunn's payments.

13. Plaintiff disputed the Capital One account with the credit reporting agencies.

14. The credit reporting agencies forwarded Plaintiff's dispute to Capital One.

15. Capital One processed Plaintiff's dispute quickly and in a cursory manner.

16. Capital One simply checked its database that contained the erroneous credit information and made sure the information on the credit report matched.

17. If Capital One had checked its other databases, then Capital One would have discovered that the current status of the account and the payment history were inaccurate.

18. A careful investigation of Plaintiff's dispute would have led Capital One to report the status of the account as under a payment arrangement and to report the Plaintiff's payments in the payment history and other fields that pertain to payments.

19. Capital One concluded its investigation of Plaintiff's dispute by notifying the credit reporting agencies that the disputed information did not need to be modified or deleted.

20. Capital One's conclusion was erroneous and could have been prevented by a reasonable investigation of Plaintiff's dispute.



# MONTGOMERY COUNTY, MD
# Circuit Court

21. Either Capital One did not review Plaintiff's dispute letter or reviewed the letter and decided to ignore the issues raised in the dispute letter.

22. Capital One instructed the credit reporting agencies to report that the account was no longer being disputed by the Plaintiff.

### COUNT ONE: VIOLATION OF FCRA

23. Plaintiff incorporates paragraphs 1 through 22.

24. Capital One violated 15 U.S.C. § 1681s-2(b)(1) by failing to conduct a reasonable investigation of Plaintiff's disputes.

25. Capital One violated 15 U.S.C. § 1681s-2(b)(1) by failing to review and consider all the relevant information that was provided from the credit reporting agencies.

26. Capital One violated 15 U.S.C. § 1681s-2(b)(1) by failing to report that the Plaintiff continued to dispute the information being reported in the account.

27. Capital One violated 15 U.S.C. § 1681s-2(b)(1) by failing to report the relevant mitigating circumstances concerning the payment status of the account.

28. Capital One violated 15 U.S.C. § 1681s-2(b)(1) by failing to delete the account.

29. Capital One's violations were the result of the Defendant's decision to implement policies, practices, and procedures that save money and increase profits rather than assure compliance with section 1681s-2(b)(1).

30. As a result of Capital One's violations of 15 U.S.C. § 1681s-2(b)(1), Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to credit profile and reputation, embarrassment, humiliation and other mental and emotional distress.


**MONTGOMERY COUNTY, MD**
# Circuit Court

31. The violations by Capital One were willful, rendering them liable for statutory and punitive damages pursuant to 15 U.S.C. § 1681n. In the alternative, Capital One was negligent, which entitles Plaintiff to recovery under 15 U.S.C. § 1681o.

32. Plaintiff is entitled to recover actual damages, costs and attorney's fees from Capital One pursuant to 15 U.S.C. §§ 1681n and 1681o.

### COUNT TWO: DEFAMATION

33. Plaintiff incorporates paragraphs 1 through 32.

34. Capital One furnishes information regarding Plaintiff's credit card to the credit reporting agencies on a monthly basis.

35. Capital One knew the credit reporting agencies would furnish credit reports containing the inaccurate information to third parties.

36. Capital One's reporting constituted defamatory statements as the reportings were injurious to Plaintiff's credit and financial profile.

37. Capital One knew that its false reporting would cause Plaintiff to be denied credit or hamper and obstruct Plaintiff's ability to obtain credit.

38. Capital One's false and defamatory reporting caused Plaintiff to suffer damages, including but not limited to: pecuniary costs, damage to his financial reputation, loss of credit opportunity and emotional and mental distress.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays:

A. That the Court award actual damages of $100,000;

B. That the Court award maximum statutory damages for FCRA;

4



**MONTGOMERY COUNTY, MD**
# Circuit Court

C. That the Court award maximum punitive damages;

D. That the Court award costs and any reasonable attorneys' fees; and

E. That the Court award prejudgment and post-judgment interest.

Respectfully submitted,

Heather Gunn
Pro Se Plaintiff
110 Harmony Hall Rd
Gaithersburg, MD 20877
Tel: (240) 604-0086
heatheregunn@gmail.com

5

P.O. Box 46214
Upper Marlboro, MD 20775

Corporation Service Company
100 Shockoe Slip, Floor 2
Richmond, VA 23219

CERTIFIED MAIL
9589 0710 5270 1042 1428 61

U.S. POSTAGE PAID
FCM LG ENV
WASHINGTON, DC 200
JAN 25, 2024
$9.92
R2305M146250-72

Retail
23219
RDC 99