**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| HEATHER GUNN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORP.<br><br>　　　　　Defendant. | Case No. 8:24-cv-00573-DKC |

**STIPULATION OF DISMISSAL OF DEFENDANT
CAPITAL ONE, N.A.[1]**

Plaintiff Heather Gunn ("Plaintiff"), by counsel, and Defendant Capital One, N.A., by and through its counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 19th day of October, 2024.　　　　Respectfully submitted,

**FOR PLAINTIFF:**　　　　　　　　　 /s/ *Jeffery W. Styles*
　　　　　　　　　　　　　　　　Jeffery W. Styles, Esq. (Bar #20659)
　　　　　　　　　　　　　　　　Washington Legal Group, LLC
　　　　　　　　　　　　　　　　1001 Connecticut Ave NW #1138
　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　Tel: (202) 503-1708
　　　　　　　　　　　　　　　　Email: jstyles@washlegal.com

　　　　　　　　　　　　　　　　*Counsel for Plaintiff Heather Gunn*

**FOR DEFENDANT:**　　　　　　　　 /s/ *Elizabeth M. Briones*
　　　　　　　　　　　　　　　　Elizabeth M. Briones, MD Bar No. 30844
　　　　　　　　　　　　　　　　Troutman Pepper Hamilton Sanders LLP
　　　　　　　　　　　　　　　　401 9th Street NW, Suite 1000
　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　Tel: 202-274-2937
　　　　　　　　　　　　　　　　Fax: 202-274-2994
　　　　　　　　　　　　　　　　Email: elizabeth.briones@troutman.com
　　　　　　　　　　　　　　　　*Counsel for Defendant Capital One, N.A.*

---

[1] The Amended Complaint improperly identifies Capital One Financial Corporation as the defendant. The correct entity is Capital One, N.A.