**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Southern Division**

| | |
|---|---|
| HEATHER GUNN,<br><br>*Plaintiff*,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORP.,<br><br>*Defendant*. | Civil Action No.: 8:24-cv-00573-DKC |

## NOTICE REGARDING THE STIPULATION OF DISMISSAL

As instructed by the Chambers, Defendant Capital One, N.A. ("Capital One"),[1] submits

this Notice and joins in Plaintiff's Stipulation of Dismissal, in which Plaintiff dismisses all of the

claims against Capital One with prejudice with each party bearing their own fees and costs.

Dated:  October 22, 2024

**CAPITAL ONE, N.A.**

/s/ *Elizabeth M. Briones*
Elizabeth M. Briones, MD Bar No. 2308070002
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Tel: 202-274-2937
Fax: 202-274-2994
Email: elizabeth.briones@troutman.com
*Counsel for Defendant Capital One, N.A.*

---

[1]The Amended Complaint improperly identifies Capital One Financial Corporation as the defendant.  The correct entity is Capital One, N.A.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 22, 2024, the foregoing was filed with the Court and served by operation of the Court's efiling system upon all counsel of record.

/s/ *Elizabeth M. Briones*

Elizabeth M. Briones, MD Bar No. 2308070002
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Tel: 202-274-2937
Fax: 202-274-2994
Email: elizabeth.briones@troutman.com
*Counsel for Defendant Capital One, N.A.*